## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

NATIONWIDE MUTUAL INSURANCE COMPANY                                     PLAINTIFF

V.                                                            CIVIL ACTION NO. 3:06CV172 HTW-LRA

PANTHER CREEK CONSTRUCTION CO., INC., A
MISSISSIPPI GENERAL CORPORATION;  MARK S.
JORDAN, INDIVIDUALLY AND AS PRESIDENT AND
DIRECTOR OF PANTHER CREEK CONSTRUCTION
CO.,INC.,  SECRETARY OF GOOD EARTH REALTY,
INC., PRESIDENT AND DIRECTOR OF LAKE CAROLINE,
INC.;  RICHARD WAYNE PARKER, INDIVIDUALLY AND
AS VICE PRESIDENT, TREASURER, AND DIRECTOR
OF PANTHER CREEK CONSTRUCTION CO.,INC., VICE
PRESIDENT, TREASURER AND DIRECTOR OF LAKE
CAROLINE, INC.; JOHN M. LOUIS, INDIVIDUALLY AND
AS SECRETARY AND DIRECTOR OF PANTHER CREEK
CONSTRUCTION CO., INC., SECRETARY AND DIRECTOR
OF PANTHER CREEK CONSTRUCTION CO. INC.,
SECRETARY  AND DIRECTOR OF LAKE CAROLINE, INC.;
ZEITA TUPPA PARKER, INDIVIDUALLY AND AS DIRECTOR
OF LAKE CAROLINE, INC; MARK F. EVANS, INDIVIDUALLY
AND AS VICE PRESIDENT OF DEVELOPMENT OF PANTHER
CREEK CONSTRUCTION CO., INC.; TODD SEYMOUR, AS
CONSTRUCTION MANAGER AND/OR CONSTRUCTION
SUPERINTENDENT OF PANTHER CREEK CONSTRUCTION
CO., INC.; MARK S. JORDAN, DOING BUSINESS AS PANTHER
CREEK HOMES; GOOD EARTH REALTY, INC., A MISSISSIPPI
GENERAL CORPORATION; DEE DENTON, INDIVIDUALLY AND
PRESIDENT OF GOOD EARTH REALTY, INC.; MARK S. JORDAN,
INDIVIDUALLY AND SECRETARY OF GOOD EARTH REALTY, INC.;
STEPHANIE GRANTHAM (DUKES), INDIVIDUALLY AND AS AGENT
FOR GOOD EARTH REALTY, INC.; LAKE CAROLINE, INC.;
KENNETH R. LUCAS AND DONNA LUCAS                                                      DEFENDANTS


## **FINAL JUDGMENT**

      This cause came before the court on the motion of the plaintiff for summary

judgment.  After consideration of the motion, evidence offered in support of the motion,

and the memoranda of the parties, the court finds that plaintiff Nationwide Mutual

Insurance Company's motion is well taken and should be granted.  The Order Granting

Summary Judgment of this court dated March 30, 2008, and the findings of fact and law included therein are incorporated by reference. For the reasons assigned in that opinion, the court concludes that judgment should be entered in favor of the plaintiff and against the defendants and that the plaintiff should be awarded its costs.

IT IS ORDERED AND ADJUDGED that the plaintiff is entitled to recover its taxable costs in this action upon filing a Bill of Costs in the time and manner prescribed.

**SO ORDERED AND ADJUDGED, this the 30th day of March, 2008.**

**s/ HENRY T. WINGATE**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

Civil Action No. 3:06-cv-172 HTW-LRA
Final Judgment